IN THE UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF ILLINOIS

Gail Alleman,

Plaintiff,

v.

Collection Professionals, Inc.,

Defendant.

Case No. 17 C 9294
Judge Marvin E. Aspen

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes       pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant Collection Professionals, Inc.
and against plaintiff Gail Alleman

Defendant shall recover costs from plaintiff.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge       without a jury and the above decision was reached.
☒ decided by Judge Marvin E. Aspen on a motion for summary judgment.

Date: 10/29/2019                    Thomas G. Bruton, Clerk of Court

                                    Amanda Scherer, Deputy Clerk